EDISON ELECTRIC LIGHT CO. v. STAFFORD et al. (Circuit Court of Appeals, Second Circuit. July 26, 1895.) No. 466. Appeal from the Circuit Court of the United States for the Southern District of New York. E. H. Lewis and Dyer & Seely, for appellant. Hobbs & Gifford, for appellees. Dismissed by consent.

EXCELSIOR PEBBLE PHOSPHATE CO. et al. v. BROWN et al. (Circuit Court of Appeals, Fourth Circuit. November 11, 1896.) No. 169. Appeal from the Circuit Court of the United States for the District of West Virginia. W. E. Chilton, for appellants. J. S. Sanderson, for appellees. No opinion. Cause dismissed, pursuant to twenty-third rule, for failure to file printed records.

FARMERS' LOAN & TRUST CO. et al. v. FARMERS' LOAN & TRUST CO. (BILL, Intervener). (Circuit Court of Appeals, Eighth Circuit. November 9, 1896.) No. 776. Appeal from the Circuit Court of the United States for the District of North Dakota. D. A. Lindsay and F. W. M. Cutcheon, for appellants. Samuel L. Glaspell, for Bill, intervener. Dismissed on motion of appellants.

FARMERS' LOAN & TRUST CO. et al. v. FARMERS' LOAN & TRUST CO. (COMASKY, Intervener). (Circuit Court of Appeals, Eighth Circuit. November 9, 1896.) No. 775. Appeal from the Circuit Court of the United States for the District of North Dakota. D. A. Lindsay and F. W. M. Cutcheon, for appellants. Taylor Crum, for Comasky, intervener. Dismissed on motion of appellants.

FARMERS' LOAN & TRUST CO. et al. v. FARMERS' LOAN & TRUST CO. (CONATY et al., Interveners). (Circuit Court of Appeals, Eighth Circuit. November 16, 1896.) No. 777. Appeal from the Circuit Court of the United States for the District of North Dakota. D. A. Lindsay and F. W. M. Cutcheon, for appellants. Samuel L. Glaspell, for Conaty and others, interveners. Dismissed on motion of appellants.

FIDELITY INSURANCE, TRUST & SAFE–DEPOSIT CO. et al. v. VIR-GINIA & T. COAL & IRON CO. (Circuit Court of Appeals, Fourth Circuit. February 13, 1897.) No. 177. Appeal from the Circuit Court of the United States for the Eastern District of Virginia. Wm. W. Old and Richard C. Dale, for appellants. Daniel Trigg, for appellee. No opinion. Cause settled and dismissed, pursuant to the twentieth rule.

FOPPES et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 2, 1895.) No. 680. Appeal from the Circuit Court of the United States for the Southern District of New York. Stanley, Clark & Smith, for appellants. Wallace Macfarlane, U. S. Atty. No opinion. Appeal dismissed.